UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITI RESIDENTIAL LENDING INC., a Delaware Corporation; LASALLE BANK NATIONAL ASSOCIATION,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>OTHMAR CASTILLO,<br><br>　　　　　Defendant. | Case No. CV 09-00861 DDP (CTx)<br><br>**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE REMANDED FOR LACK OF JURISDICTION** |

　　The Court orders the parties to show cause why this action should not be remanded to the Superior Court of the State of California for the County of Los Angeles for lack of subject matter jurisdiction. The Plaintiffs brought suit in state court bringing state law claims. The Defendant removed the case to this Court asserting diversity jurisdiction. The Court is not convinced that the parties are diverse or that the amount in controversy for this claim exceeds $75,000 as required for diversity jurisdiction. See 28 U.S.C. § 1332(a).

　　The Court orders the parties to file cross-briefs, not to exceed ten pages, on or before March 30, 2009, to show cause why this action should not be remanded to state court for failure

to establish federal jurisdiction.  The parties should also deliver a courtesy copy to chambers, Room 244-J, Second Floor, 312 N. Spring Street, Los Angeles.  If a party does not file a brief, the Court will regard that party as not opposing remand of this matter.

IT IS SO ORDERED.

Dated: March 18, 2009

DEAN D. PREGERSON
United States District Judge